**UNITED STATES DISTRICT COURT**
**District of Massachusetts**

| | |
|---|---|
| **DIRECTV, Inc.** )<br> )<br>  Plaintiff, )<br> )<br>  vs. )<br> )<br> **Tony Papale** )<br> )<br>  Defendant ) | Case No.: 03cv12340-GAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**WITHOUT PREJUDICE** |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

_4/6/04_
Date

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328